# IN THE SUPREME COURT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: | : | No. 773 |
| | : | |
| REAPPOINTMENT TO JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of August, 2018, the Honorable Joy Reynolds McCoy, Lycoming County, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing September 1, 2018.